# United States District Court FILED

Southern **DISTRICT OF** California

'08 AUG -5 AM 10: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail Parcel # EH291771894US, addressed to William Noah, 201 Country Club Lane #52, Oceanside, CA 92054. The parcel listed the return information of Jennifer Watson, 75 Yale St., Waterbury, CT 06704, (203) 757-6892. | **SEARCH WARRANT** CASE NUMBER: '08 MJ 2424 |

TO: Ana L. Flores, Postal Inspector      and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Ana L. Flores     who has reason to
                                                  Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel # EH291771894US, addressed to William Noah, 201 Country Club Lane #52, Oceanside, CA 92054. The parcel listed the return information of Jennifer Watson, 75 Yale St., Waterbury, CT 06704, (203) 757-6892 which is in the custody of the U.S. Postal Inspection Service.

in the Southern     District of California     there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     8/11/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     **JAN M. ADLER**
                                                                              U. S. Judge or Magistrate
as required by law.

8/1/08 @ 1:54 p.m.        at     San Diego, CA
Date and Time Issued                    City and State

**JAN M. ADLER**          U.S. Magistrate Judge        _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8-1-08 | 8-1-08  3:00 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and R. Tanael

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express EH291771894US
White Express Mail shipping box contained rolled up newspapers and 2 USPS tyvek envelopes; each contained a cardboard legal sized Express envelope; each of these contained an Express tyvek envelope; each of these contained a shoe catalogue heavily taped with clear shipping tape; each of the catalogues contained various white envelopes taped at various locations in between the pages of the catalogue; within each of the envelopes were various denominations of US currency bundles which were wrapped in plastic wrap. In one of the taped catalogue bundles, the total currency was $12,640. In the other catalogue bundle, the total currency was $10,960. The total denominations in US currency are as follows:

126 × $100 = 12,600
93 × $50 = 4,650
280 × $20 = 5,600
71 × $10 = 710
8 × $5 = 40

Grand Total = $23,600

There were no notes or instructions regarding the purpose of the money.

Flores 8/01/2008

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_U.S. Judge_     8/1/08
               Date